UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DYMARION JACKSON, *et al.*,

    Defendants.
_____/

Case No. 22-cr-20566

U.S. District Court Judge
Gershwin A. Drain

## OPINION AND ORDER DENYING DEFENDANT'S MOTION FOR RELEASE CONDITIONS PENDING TRIAL (ECF No. 25)

On October 27, 2022, a grand jury charged Defendant Dymarion Jackson with a single count of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). ECF No. 1. Mr. Jackson had his initial appearance and arraignment on November 15, 2022, ECF No. 4, and consented to federal detention due to his detention on pending criminal charges in Washtenaw County, *see* ECF No. 7. Mr. Jackson pled guilty in his state cases, was sentenced, and was released from those sentences on or about July 3, 2023. ECF No. 25, PageID.121–22.

Presently before the Court is Mr. Jackson's Motion for Release on Conditions Pending Trial. *See* ECF No. 25. The Government responded in opposition to the

1

motion, ECF No. 26, and the Pretrial Services Department submitted a report recommending against release. The Court held a hearing on the motion on August 2, 2023.

For the reasons stated on the record, **IT IS HEREBY ORDERED** that Motion for Release on Conditions Pending Trial (ECF No. 25) is **DENIED**.

**IT IS SO ORDERED**.

/s/ Gershwin Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

Dated: August 15, 2023

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 15, 2023, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager

2